FILED
CLERK, U.S. DISTRICT COURT
2/14/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CDO___ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>SCOTT RAUL ESPARZA,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CR No.  2:24-cr-00092-JWH<br><br>**NOTICE TO COURT OF**<br>**RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Shamar Shattock</u> Case No. CR 22-581-MWF, which:

   <u> x </u>   was previously assigned to the Honorable Michael W. Fitzgerald;

   <u>    </u>   has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   <u> x </u>   the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

   <u>    </u>   the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):  These matters both relate to the operation of the same criminal service, Astrostress[.]com, which defendant Scott Raul Esparza and defendant Shamar Shattock co-administrated together.

Dated: February 14, 2024

*/s/ Aaron Frumkin*

AARON FRUMKIN
Assistant United States Attorney